Exhibit A

NHLS Participation Agreement

To be Filed Under Seal