Exhibit B

5PNH Participation Agreement

To be Filed Under Seal