Exhibit C

NHLS Amendment to Participation Agreement

To be Filed Under Seal