Exhibit D

5PNH Amendment to Participation Agreement

To be Filed Under Seal