UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NH LEARNING SOLUTIONS CORPORATION,
ET AL.,

         Plaintiff(s),          Case No. 20-10904

v.          Honorable Robert H. Cleland

NEW HORIZONS FRANCHISING GROUP, INC

         Defendant(s).
                                       /

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: April 20, 2020           s/Robert H. Cleland
                                                   Robert H. Cleland
                                                   U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Linda V. Parker.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 20, 2020           s/N. Ahmed
                                                   Deputy Clerk