UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NH Learning Solutions
Corporation, et al.,

                              Plaintiff(s),

v.                                                    Case No. 2:20–cv–10904–LVP–RSW
                                                      Hon. Linda V. Parker

New Horizons Franchising
Group, Inc.,

                              Defendant(s),
_____

### ORDER VACATING ORDER TO SHOW CAUSE

    The Court having issued an Order to Show Cause on 4/24/2020, and the appropriate action having been taken;

    IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

    SO ORDERED.


                                        s/Linda V. Parker
                                        Linda V. Parker
                                        U.S. District Judge


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/R Loury
                                        Case Manager

Dated:   April 30, 2020