UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **NH LEARNING SOLUTIONS CORPORATION**, a Michigan corporation, and **5PNH HOLDING COMPANY, LLC**, a Texas limited liability company,, <br><br>        Plaintiffs, <br>v. <br><br>**NEW HORIZONS FRANCHISING GROUP, INC.**, a Delaware corporation, <br><br>        Defendant. | Case No.: 2:20-cv-10904 <br> Justice Hon. Linda V. Parker |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY**

## INDEX OF EXHIBITS

Exhibit A — Declaration of Gregory E. Marsella in Support of Defendant's Motion to Compel Arbitration and Dismiss or Stay

Exhibit B — July 1, 2016 Franchise Agreement between Defendant New Horizons Franchising Group, Inc. and, *inter alia*, Plaintiff 5PNH Holding Company LLC providing rights to operate a New Horizons franchise in Austin, Texas.

Exhibit C — June 1, 2018 Assignment Agreement between NH Philadelphia LLC and Plaintiff NH Learning Solutions Corporation by which the latter assumed all rights and obligations in connection with an August 1, 2014 Franchise Agreement (included as an exhibit thereto) providing rights to operate a New Horizons franchise in Philadelphia, Pennsylvania .

Exhibit D — May 6, 2019 Virtual Delivery Program Participation Agreement between Defendant New Horizons Franchising Group, Inc. and, Plaintiff NH Learning Solutions Corporation.

Exhibit E — May 6, 2019 Virtual Delivery Program Participation Agreement between Defendant New Horizons Franchising Group, Inc. and, Plaintiff 5PNH Holding Company LLC.